RICK PEASLEY, ESQ.
St. Bar No. 48453
Attorney at Law
164 Maple Street, Suite 4
Auburn, California 95603
(530) 885-3300
FAX: (530) 885-2588

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DALE R. ALLIO<br><br>    Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant. | Civil Action No:<br>CIV-S-05-1361 GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
|---|---|

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that the plaintiff's time to file a Motion for Summary Judgment is hereby extended from the present due date of on or about January 31, 2006 to February 15, 2006.

  This is the first extension requested.

  DATED: January 23, 2006

                _____
                RICK PEASLEY, Attorney for Plaintiff

  DATED: January _____, 2006

                McGREGOR W. SCOTT
                United States Attorney

           By: _____
              BOBBIE J. MONTOYA
              Assistant U.S. Attorney
              Attorneys for Defendant

OF COUNSEL:

JANICE L. WALLI
 Chief Counsel, Region IX
ELIZABETH NOTEWARE
 Assistant Regional Counsel
 Office of the General Counsel
 U.S. Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 1/26/06

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Allio.ord