IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE R. ALLIO,

      Plaintiff,                                      CIV-S-05-1361 LKK GGH

      vs.

MICHAEL J. ASTRUE,[1]                        ORDER
Commissioner of Social Security,

      Defendant.

_____/

On February 13, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Objections were filed on February 21, 2007, and were considered by the district judge.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920

---

[1] Michael J. Astrue became Commissioner on February 12, 2007. Accordingly, he should be substituted as defendant in this suit. Fed. R. Civ. P. 25(d)(1). No further action need be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1  (1982).  As to any portion of the proposed findings of fact to which no objection has been made,
2  the court assumes its correctness and decides the motions on the applicable law.  See Orand v.
3  United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
4  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
5  1983).
6          The court has reviewed the applicable legal standards and, good cause appearing,
7  concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.
8  Accordingly, IT IS ORDERED that:
9          1. The Proposed Findings and Recommendations filed February 13, 2007, are
10 ADOPTED;
11         2. Plaintiff's motion for summary judgment or remand is granted in part, the
12 Commissioner's cross motion for summary judgment is denied in part; and
13         3. This case is remanded to the Commissioner pursuant to sentence four of 42
14 U.S.C. § 405(g) for a computation of benefits, and the Clerk of Court is directed to enter final
15 judgment.
16 DATED:  March 12, 2007.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```